943 A.2d 940

**In re the NOMINATION PAPERS OF Harold JAMES as Candidate for Representative in the General Assembly in the 186th Legislative District.**

**Appeal of Mark L. Jones and Ronald R.H. Felder.**

Supreme Court of Pennsylvania.

March 20, 2008.

Lawrence M. Otter, Esq., for Ronald R.H. Felder.

Lawrence M. Otter, Esq., for Mark L. Jones.

John P. Sabatina, Esq., Sabatina & Associates, for Harold James.

Louis Lawrence Boyle, Esq., Pedro A. Cortes, Esq., PA Department of State–Office of General Counsel, for Pennsylvania Department of State.

BEFORE: CASTILEE, C.J., and SAYLOR, EAKIN, BAER, TODD and MCCAFFERY, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 20th day of March, 2008, finding Appellants' Petition to Set Aside Nominating Papers of Harold James to be timely filed, the order of the Commonwealth Court is reversed. This case is remanded for consideration of Appellants' Petition on the merits.

Opinion to follow.